DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL BILOTTI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-3415

[June 17, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 08003720CF10A.

Fred Haddad of Haddad & Navarro, PLLC, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melanie Dale Surber, Senior Assistant Attorney General, West Palm Beach, for appellee.

## ON REMAND FROM THE SUPREME COURT OF FLORIDA

PER CURIAM.

On May 22, 2020, the Supreme Court of Florida quashed our decision in *Bilotti v. State*, 238 So. 3d 827 (Fla. 4th DCA 2018), and remanded the case for us to reconsider upon application of *State v. Pacchiana*, 289 So. 3d 857 (Fla. 2020). In accordance with the supreme court's decision, we affirm the defendant's conviction and sentence.

*Affirmed.*

LEVINE, C.J., MAY and GERBER, JJ., concur.

\*　　\*　　\*

***No motion for rehearing will be accepted.***